PROB 12C
(6/16)

Report Date: January 18, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kimberly Erickson            Case Number: 0980 2:20CR00121-RMP-1

Address of Offender:                                             Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Robert J. Bryan, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: September 25, 2020

Original Offense:        Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(c), and 846

Original Sentence:      Probation - 36 months          Type of Supervision: Probation

Asst. U.S. Attorney:    Anne Wick                             Date Supervision Commenced: September 25, 2020

Defense Attorney:       Federal Defender's Office      Date Supervision Expires: September 24, 2023

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged that Ms. Erickson is in violation of her conditions of supervised release for committing third degree theft (shoplifting), on or around January 4, 2022. |
| | On September 29, 2020, the conditions of probation were reviewed with Ms. Erickson. She signed her judgment acknowledging an understanding of her conditions of supervision. In addition, on that same day, transfer of jurisdiction was accepted by the Eastern District of Washington. |
| | On January 4, 2022, a Spokane County Sheriff's Office deputy responded to the Walmart in Spokane Valley, Washington, where deputies initially met with a loss prevention officer. The loss prevention officer was interviewing an employee, Ms. Erickson, for suspected theft. The deputy was handed photographs of individual incidents which began on November 29, 2021, and ended on December 21, 2021. The loss prevention officer also noted he had video evidence of each incident. The loss prevention officer witnessed Ms. Erickson "skip scanning" items, which is a technique commonly used by shoplifters to act like they are scanning items in the self-check out. Shoplifters typically only scan certain items and then pays, not paying for the un-scanned items. |

Prob12C
**Re: Erickson, Kimberly**
**January 18, 2022**
**Page 2**

Ms. Erickson admitted to the conduct via written statement, and she wrote the following "*I apologize for my actions. I was wrong & I am willing to accept any & all consequences for my actions. I am going to pay for the stuff that wasn't paid for. I believe the amount is around $40. I will be more honest going forward and this will never happen again.*"

Probable cause was established and Ms. Erickson was placed under arrest for third degree theft. She was cited and released.

Documentation of the thefts on November 26 and 29, and December 9, 10, and 21, 2021, was provided by Walmart staff in an evidence folder. On November 26, 2021, items totaling $3.53 were stolen, on November 29, 2021, items totaling $16.75 were stolen, on December 9, 2021, items totaling $2.50 were stolen, on December 10, 2021, items totaling $4.32 were stolen, and on December 21, 2021, items totaling $12.80 were stolen.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/18/2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

1/18/2022

Date