PROB 12C
(6/16)

Report Date: February 2, 2022

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Kimberly Erickson | Case Number: 0980 2:20CR00121-RMP-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Robert J. Bryan, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: September 25, 2020

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846 |
| Original Sentence: | Probation - 36 months    Type of Supervision: Probation |
| Asst. U.S. Attorney: | Ann Wick    Date Supervision Commenced: September 25, 2020 |
| Defense Attorney: | Federal Defender's Office    Date Supervision Expires: September 24, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/18/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of the day you were sentenced and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged Ms. Kimberley Erickson violated her conditions of probation by consuming marijuana on or around January 18, 2022.<br><br>On September 29, 2020, the conditions of probation were reviewed with Ms. Erickson. She signed her judgment acknowledging an understanding of her conditions of supervision. In addition, on that same day, transfer of jurisdiction was accepted by the Eastern District of Washington.<br><br>On January 18, 2022, Ms. Erickson submitted to random urinalysis testing as directed by the undersigned officer. The sample was sent to the national lab for further testing because the collector had reasonable suspicion that the sample may have been adulterated. On January 31, 2022, the lab reported that the sample was positive for marijuana. |

Prob12C
Re: Erickson, Kimberly
February 2, 2022
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 2, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

2/2/2022

Date